ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 24-00414 JSW |
|     Plaintiff, | CERTIFICATION OF ORGANIZATIONAL VICTIM |
|   v. | |
| CASEY ROBERT GOONAN, | |
|     Defendant. | |

    Pursuant to Fed. R. Crim. P. 12.4(a)(2) and Crim. L.R. 12.4-2(a), the undersigned certifies that the following organizations are victims of the alleged criminal activity charged herein: the Regents of the University of California and the University of California.

DATED: July 26, 2024                        Respectfully submitted,

                                                      ISMAIL J. RAMSEY
                                                      United States Attorney

                                                      */s/ Nikhil Bhagat*

                                                      NIKHIL BHAGAT
                                                      Assistant United States Attorney