AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

JUL 26 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:24-CR-00384-HSG |
| ) | |
| GEORGE THOMAS ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/26/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Matthew David Kohn [97660]
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Donna M. Ryu, U.S. Chief Magistrate Judge
*Judge's printed name and title*