```
SARAH POTTER, (CA SBN 280478)
LAW OFFICE OF SARAH POTTER
214 Duboce Avenue
San Francisco, CA 94103
t. (415) 423-3447
sarah@sarahpotterlaw.com
```

Attorney for Defendant GOONAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CASEY ROBERT GOONAN,<br><br>    Defendant | Case No.:  4:24-cr-00414 JSW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |

The defendant, by and through his counsel, Sarah Potter, and the United States, by and through its counsel, Assistant U.S. Attorney Nikhil Bhagat, hereby move the Court to continue the date of the defendant's sentencing hearing until June 10, 2025 at 1:00 p.m.  The probation officer, Pepper Friesen, has requested additional time to complete the presentence report due to the defendant's unavailability to be interviewed because he was placed in medical isolation as a result of an infection.  In addition, the defendant requires additional time to receive necessary medical and psychiatric records that have been requested.  As the defendant has pled guilty there are no Speedy Trial Act concerns implicated by this continuance.  The probation officer has confirmed her availability on the requested date for sentencing.  Accordingly, the parties hereby ask the Court to continue the matter until June 10, 2025 at 1:00 p.m. for sentencing.

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING - 1

| | |
|---|---|
| Dated: February 28, 2025 | /s/ |
| | ———————————————— |
| | SARAH POTTER |
| | Attorney for Defendant Goonan |
| | |
| Dated: February 28, 2025 | PATRICK D. ROBBINS |
| | Acting United States Attorney |
| | |
| | /s/ |
| | ———————————————— |
| | NIKHIL BHAGAT |
| | Assistant United States Attorney |

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING - 2

**[PROPOSED] ORDER**

Good cause having been shown and by Stipulation of the parties herein,

IT IS HEREBY ORDERED that defendant Casey Goonan's sentencing hearing be continued to June 10, 2025 at 1:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                   HON. JEFFREY S. WHITE
                                   United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING - 3