SARAH POTTER (CABN 280478)
Law Office of Sarah Potter
214 Duboce Avenue
San Francisco, CA 94103
Tel./Fax.: (415)-423-3447
sarah@sarahpotterlaw.com

Attorney for Defendant GOONAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASEY GOONAN,<br><br>　　　　Defendant. | NO. CR 24-CR-00414-JSW<br><br>[PROPOSED] **ORDER TO FILE PORTIONS OF DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** - AS MODIFIED<br><br>Re: Dkt. No. 59 |

[PROPOSED]

**ORDER**

This matter having come upon the Motion of Defendant for sealing, and the Court being advised,

IT IS ORDERED that the identified portions of DEFENDANT'S SENTENCING MEMORANDUM be filed under seal. Defendant shall file the unsealed documents or portions thereof on the public docket within 7 days of this Order.

Dated: September __17__, 2025

_____
HON. JEFFREY S. WHITE
United States District Court Judge

1